# CASE NUMBER: 20-CA-001146
## Garrett, Debrynna vs Facebook, Inc.

Case Number: 20-CA-001146  
Uniform Case Number: 292020CA001146A001HC  
Filed On: 2020-02-05  
Case Type: Other Negligence  
Case Status: Open  

Judicial Officer: Stoddard, C.. Ralph  
Defendant: Facebook, Inc.  
Amount Due: $0.00  

## CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Plaintiff | Alexander, Todd | | |
| Plaintiff | Cansino, Angela | | |
| Defendant | Cognizant Business Services Corporation | DALY , JOHN PENDLETON | 407-839-0120 |
| Defendant | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION | | |
| Plaintiff | Collins, Nicholas | | |
| Plaintiff | Dixon, Timothy P, Jr | | |
| Plaintiff | Dotson, Lameka | | |
| Plaintiff | Eubanks, Remeal | | |
| Plaintiff | Evans, Katrina | | |
| Defendant | Facebook, Inc. | HEARING , GREGORY ALAN | 813-273-5000 |
| Plaintiff | Garrett, Debrynna | LECHNER , JAY PAUL | 813-842-7071 |
| Plaintiff | Gould, Elton | | |
| Plaintiff | Jeury, Clifford | LECHNER , JAY PAUL | 813-842-7071 |
| Plaintiff | Murrell, Gabrielle | | |
| Plaintiff | Nelson, Courtney | | |
| Plaintiff | Olden, Johnny | | |
| Plaintiff | Paul, Tania | | |
| Plaintiff | Richardson, Lamond | | |
| Plaintiff | Ritchie, Konica P | | |
| Plaintiff | Roberts, Alexander C. | | |
| Plaintiff | Walker, Daniel | | |
| Plaintiff | Young, Jessica | | |

## CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Stoddard, C.. Ralph | Division B | 02/05/2020 | |

## CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 03/09/2020 | 17 | | MOTION FOR EXTENSION OF TIME |
| | | | TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL |
| | | | "Defendant: Cognizant Business Services Corporation","Defendant: Facebook, Inc." |
| 03/09/2020 | 15 | | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| | | | (DEFT'S) TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL |
| | | | "Defendant: Cognizant Business Services Corporation","Defendant: Facebook, Inc.","Date Signed: 03/09/2020","Judicial Officer:: Stoddard, Ralph C." |
| 03/06/2020 | 16 | | AMENDED COMPLAINT |
| | | | COS 03/06/2020 / NO EXHIBITS |
| | | | "Plaintiff: Garrett, Debrynna" |

**CASE NUMBER: 20-CA-001146**

**Garrett, Debrynna vs Facebook, Inc.**

| Date | # | Description |
|---|---|---|
| 03/06/2020 | 14 | NOTICE OF APPEARANCE |
| | | (FILED BY COGNIZANT TECHNOLOGY SOLUTIONS US CORP - (INCORRECTLY NAMED COGNIZANT BUSINESS SERVICES CORP) |
| 03/05/2020 | 13 | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS |
| | | "Defendant: Cognizant Business Services Corporation" |
| 03/05/2020 | 12 | NOTICE OF APPEARANCE |
| | | "Defendant: Cognizant Business Services Corporation" |
| 03/03/2020 | 10 | AGREED ORDER |
| | | ON DEFENDANT FACEBOOK, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL **GRANTED**       FACEBOOK SHALL HAVE AN EXTENSION , THROUGH AND INCLUDING 0 |
| | | "Defendant: Facebook, Inc.","Date Signed: 03/03/2020","Judicial Officer:: Stoddard, Ralph C." |
| 03/02/2020 | 11 | MOTION FOR EXTENSION OF TIME |
| | | TO RESPOND TO PLAINTIFFS CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL |
| | | "Defendant: Facebook, Inc." |
| 02/12/2020 | 9 | SUMMONS RETURNED SERVED |
| | | FACEBOOK INC C/O CORPORATION SERVICE COMPANY. 2/11/2020 |
| 02/12/2020 | 8 | SUMMONS RETURNED SERVED |
| | | COGNIZANT BUSINESS SERVICES CORPORATION C/O CT CORPORATION SYSTEM, 2/11/2020 |
| 02/10/2020 | 7 | E-FILED SUMMONS ISSUED |
| | | x 2 - jplechn@jaylechner.com ; admin@jaylechner.com ; shelley@jaylechner.com |
| | | "Defendant: Cognizant Business Services Corporation","Defendant: Facebook, Inc." |
| 02/05/2020 | 6 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |
| | | "Plaintiff: Garrett, Debrynna","Plaintiff: Jeury, Clifford" |
| | | "Plaintiff: Garrett, Debrynna","Plaintiff: Jeury, Clifford" |
| 02/05/2020 | 4 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | "Plaintiff: Garrett, Debrynna","Plaintiff: Jeury, Clifford" |
| 02/05/2020 | 3 | COMPLAINT |
| | | "Plaintiff: Garrett, Debrynna","Plaintiff: Jeury, Clifford" |
| 02/05/2020 | 2 | CIVIL COVER SHEET |
| | | "Plaintiff: Garrett, Debrynna","Plaintiff: Jeury, Clifford" |
| 02/05/2020 | 1 | File Home Location - Electronic |