UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEBRYNNA GARRETT, ALEXANDER C. ROBERTS, TIMOTHY DIXON, JR., KONICA RITCHIE, JESSICA YOUNG, LAMOND RICHARDSON, ANGELA CANSINO, JOHNNY OLDEN, KATRINA EVANS, DANIEL WALKER, TODD ALEXANDER, ELTON GOULD, LAMEKA DOTSON, NICHOLAS COLLINS, REMEAL EUBANKS, TANIA PAUL, GABRIELLE MURRELL, COURTNEY NELSON, individually**
and on behalf of all others similarly situated,

      Plaintiffs,

v.                                                   Case No.:  8:20-cv-00585-T-35CPT

**FACEBOOK, INC., and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,**

      Defendants.

---

**DEFENDANT FACEBOOK, INC.'S NOTICE OF FEBRUARY 7, 2020 PROPOSED FOUR-STATE SETTLEMENT ENCOMPASSING PLAINTIFFS' PUTATIVE CLASS**

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 7, 2020, Defendant Facebook, Inc. reached a settlement in principle of a lawsuit pending against it in the Superior Court of California, County of San Mateo captioned *Scola v. Facebook, Inc.* (Case No. 18CIV05135) (the "California Class Action"), that fully encompasses the putative class that Plaintiffs seek to represent in this lawsuit.

1. The California Class Action was filed on September 21, 2018.

2. On August 13, 2019, the parties in the California Class Action notified the court that they had agreed to participate in alternative dispute resolution.

3. On August 22, 2019, the court in the California Class Action entered an order staying the case to facilitate the parties' efforts to participate in mediation.

4. The parties in the California Class Action participated in mediation sessions before the Hon. Rebecca J. Westerfield (ret.) on October 30, 2019, December 9, 2019, and February 7, 2020.

5. On February 7, 2020, the parties in the California Class Action reached a settlement in principle and signed a Confirmation of Settlement pursuant to California Civil Code § 664.6.

6. The proposed settlement reached by the parties in the California Class Action on February 7, 2020, encompassed (and encompasses) a four-state class consisting of all individuals who performed content moderation work for Facebook in Arizona, California, Florida, or Texas as an employee or subcontractor of one or more of Facebook's vendors from September 15, 2015, to the date of preliminary approval of the proposed class settlement.

7. On February 12, 2020, the parties in the California Class Action requested, and the court subsequently granted, a further stay of the action through April 30, 2020, to allow the parties time to finalize a comprehensive formal settlement agreement and motion for preliminary approval of the proposed settlement.

8. On February 11, 2020, two Florida residents represented by Jay P. Lechner of Lechner Law in Tampa, Florida, served Facebook with a putative class action complaint in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, captioned *Garrett v. Facebook, Inc.* (Case No. 20-CA-001146) (the "Florida Class Action").

9. On March 6, 2020, an amended complaint was filed in the Florida Class Action adding sixteen Florida residents and one Arizona resident as named Plaintiffs.

10. Plaintiffs in the Florida Class Action seek to represent a class of "all Florida and

Arizona citizens who performed content moderation work for Facebook within the last three years as an employee of Cognizant" (one of Facebook's vendors).

11. The original and amended complaints in the Florida Class Action are nearly identical to the operative amended complaint filed by plaintiffs in the California Class Action on March 1, 2019.

12. The putative class in the Florida Class Action is fully encompassed within the proposed settlement class in the California Class Action.

13. On March 12, 2020, Defendant Cognizant Technology Solutions U.S. Corporation removed the Florida Class Action to this Court.

14. Facebook, along with plaintiffs in the California Class Action, have reason to believe that counsel for Plaintiffs in the Florida Class Action, Mr. Lechner, is engaged in communications with members of the proposed settlement class in the California Class Action, and wish to avoid the dissemination of any potentially inaccurate information regarding the settlement of the California Class Action, which is the result of robust arm's-length negotiations through the assistance of a mediator and is a very favorable resolution for members of the proposed settlement class.

Accordingly, Facebook **HEREBY GIVES NOTICE** that the settlement in principle they reached with plaintiffs in the California Class Action on February 7, 2020 encompassed (and encompasses) all individuals who performed content moderation work for Facebook in Arizona, California, Florida, and Texas as an employee or subcontractor of one or more of Facebook's vendors from September 15, 2015, to the date of preliminary approval of the proposed class settlement, and thus fully encompasses the putative class in the Florida Class Action. Plaintiffs in

the California Class Action will be filing a motion for preliminary approval of the proposed settlement in the coming weeks that sets forth the parameters of the settlement.

Dated:  March 16, 2020

Respectfully submitted.

*/s/Gregory A. Hearing*
GREGORY A. HEARING
Florida Bar No. 817790
Gregory.hearing@gray-robinson.com
SACHA DYSON
Florida Bar No. 509191
Sacha.dyson@gray-robinson.com
CHARLES J. THOMAS
Florida Bar No. 986860
Charles.thomas@gray.robinson.com
GRAY ROBINSON, P.A.
401 East Jackson Street, Suite 2700
P.O. Box 3324 (33601-3324)
Tampa, Florida 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145

*Attorneys for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jay P. Lechner, Esq.
LECHNER LAW
Fifth Third Center
201 E. Kennedy Blvd., Suite 412
Tampa, Florida 33602
jplechn@jaylechner.com
shelley@jaylechner.com
*Attorney for Plaintiffs*

Dennis P. Waggoner
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
dennis.waggoner@hwhlaw.com
*Attorney for Defendant Cognizant Technology Solutions U.S. Corporation*

                                                ***/s/Gregory A. Hearing***
                                                Attorney