**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DEBRYNNA GARRETT, ALEXANDER C. ROBERTS, TIMOTHY DIXON, JR., KONICA RITCHIE, JESSICA YOUNG, LAMOND RICHARDSON, ANGELA CANSINO, JOHNNY OLDEN, KATRINA EVANS, DANIEL WALKER, TODD ALEXANDER, ELTON GOULD, LAMEKA DOTSON, NICHOLAS COLLINS, REMEAL EUBANKS, TANIA PAUL, GABRIELLE MURRELL, COURTNEY NELSON, YESENIA VIZCAINO, DAWNMARIE ARMATO, MICHAEL WELLMAN, SHIRLEY MONTGOMERY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                              Case No.: 8:20-cv-00585-MSS-CPT

FACEBOOK, INC., and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

    __X__ IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                                   *Scola v. Facebook, Inc.*, Case No. 18-CIV-05135, pending in the Superior Court of California, San Mateo County, asserting similar claims under California law on behalf of a class of California employees.

    _____ IS NOT     related to any pending or closed civil or criminal case

1

filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

/s/ Jay P. Lechner_____
**LECHNER LAW**
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Jay P. Lechner, P.A.
Fifth Third Center
201 E. Kennedy Blvd., Suite 412
Tampa, Florida 33602
Telephone: (813) 842-7071
jplechn@jaylechner.com
shelley@jaylechner.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal, and that a true and correct copy of the foregoing was served by email to all counsel of record.

/s/ Jay P. Lechner
Attorney