**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DEBRYNNA GARRETT et al., individually and on behalf of all others similarly situated,**

        **Plaintiffs,**

v.                                                    Case No. 8:20-cv-00585-MSS-CPT

**FACEBOOK, INC., and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,**

        **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Selena Scola et al., v. Facebook, Inc.*, No. 18CIV05135 (Cal. Super. Ct. filed Sept. 21, 2018), pending in the Superior Court of California, San Mateo County.

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: April 10, 2020

                                       */s/ Gregory A. Hearing*
                                       GREGORY A. HEARING
                                       Florida Bar No.: 817790
                                       gregory.hearing@gray-robinson.com
                                       SACHA DYSON
                                       Florida Bar No.:  509191
                                       sacha.dyson@gray-robinson.com
                                       CHARLES J. THOMAS
                                       Florida Bar No. 986860
                                       charles.thomas@gray-robinson.com
                                       GRAYROBINSON, P.A.

P.O. Box 3324 (33601-3324)
401 E. Jackson Street, Suite 2700
Tampa, Florida 33602
TEL: (813) 273-5000
FAX: (813) 273-5145

Emily Johnson Henn (*pro hac vice*)
Kathryn E. Cahoy (*pro hac vice*)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Fax: (650) 632-4815
ehenn@cov.com
kcahoy@cov.com

Ashley M. Simonsen (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
asimonsen@cov.com

*Attorneys for Defendant Facebook, Inc.*