**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| DEBRYNNA GARRETT, ALEXANDER C. ROBERTS, TIMOTHY DIXON, JR., KONICA RITCHIE, JESSICA YOUNG, LAMOND RICHARDSON, ANGELA CANSINO, JOHNNY OLDEN, KATRINA EVANS, DANIEL WALKER, TODD ALEXANDER, ELTON GOULD, LAMEKA DOTSON, NICHOLAS COLLINS, REMEAL EUBANKS, TANIA PAUL, GABRIELLE MURRELL, COURTNEY NELSON, YESENIA VIZCAINO, DAWNMARIE ARMATO, MICHAEL WELLMAN, SHIRLEY MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs<br><br>v.<br><br>FACEBOOK, INC and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>     Defendants | Case No. 8:20-cv-00585-MSS-CPT<br><br>Judge Mary S. Scriven |

## NOTICE OF DISMISSAL BY PLAINTIFF KONICA RITCHIE

  Comes now into Court Plaintiff Konica Ritchie, who hereby notices the voluntary dismissal of her action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Ms. Ritchie is entitled to dismiss her action without a court order because neither opposing party has served an answer or moved for summary judgment. Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, this dismissal is without prejudice.

Respectfully submitted,

*/s/ Jay P. Lechner*_____
**LECHNER LAW**
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Jay P. Lechner, P.A.
Fifth Third Center
201 E. Kennedy Blvd., Suite 412
Tampa, Florida 33602
Telephone: (813) 842-7071
Facsimile: (813) 225-1392
jplechn@jaylechner.com
shelley@jaylechner.com
*Attorneys for Plaintiffs and proposed Florida and Arizona Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal, and that a true and correct copy of the foregoing was served by email to all counsel of record.

/s/ Jay P. Lechner
Attorney