UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA YOUNG, DANIEL WALKER,
and DAWNMARIE ARMATO,

    Plaintiffs,

v.                                                             Case No. 8:20-cv-585-KKM-CPT

COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION,

    Defendant.
_____

## ORDER

Plaintiff Jessica Young advised the Court that "[h]er claims against Defendants are barred by the general release." (Doc. 81.) The Court notified the parties that it intended to dismiss Young from the action and directed any objection be filed no later than January 26, 2022. (Doc. 82.) No party objected. Accordingly, the Court construes Young's notice, (Doc. 81), as a notice of settlement as between her and Defendant Cognizant Technology Solutions U.S Corporation, the only remaining defendant. Consistent with Local Rule 3.09(b), the Court **dismisses** Young's claims against Cognizant **without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon

good cause shown. After that 30-day period, dismissal of Young's claims shall be **with prejudice.** The Clerk is directed to terminate Young from this case.

**ORDERED** in Tampa, Florida, on June 1, 2022.

_Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge

2